UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-94-MOC

| JOSHUA WHITE, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| CAROLINA ENVIRONMNENTAL RESPONSE TEAM, INC. | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on its own motion.

This matter, currently scheduled for trial on April 15, 2024, is moved to June 17, 2024.

Max O. Cogburn Jr.
United States District Judge

1

Case 3:23-cv-00094-MOC-SCR   Document 13   Filed 03/22/24   Page 1 of 1